1026

No. 01–9039. ZINN v. DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 01–9043. WILLIAMS-MAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9062. HOUSTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–9063. GRAHAM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–9069. SWAYZER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9098. BERRY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9099. LOPEZ-GOMEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9100. JIMENEZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9105. PETERSEN, AKA BYRD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9110. TAYLOR v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–9115. FLORES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9116. FLORES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9118. TREVINO GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9125. STARKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9134. HORTON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–9138. HARRELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.